CR 22-0149-S BLW

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Tyler Jay Watson<br>**DEFENSE ATTORNEY:**<br>Address:<br><br>Telephone No.:<br><br>**INVESTIGATIVE AGENT:** Aaron Ferguson<br>Telephone No.: (208) 353-2224<br>**AGENCY:** Drug Enforcement Administration | **JUVENILE:** No<br><br>**PUBLIC or SEALED:** Public<br>**SERVICE TYPE:** Warrant<br>(Summons or Warrant or Notice (if Superseding))<br>**ISSUE:** Yes<br><br>**INTERPRETER:** No<br>If YES, language: |
| **CASE INFORMATION: Possession with Intent to Distribute Fentanyl** | **RELATED COMPLAINT:** No<br>**CASE NUMBER:** |

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Canyon** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | ONE | Possession with Intent to Distribute Fentanyl | Imprisonment for at least 10 years and up to life and/or $10,000,000 fine, at least 5 years supervised release, $100 special assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture of Listed Property |

Date: 13 July 2022  Special Assistant U.S. Attorney: DAVID J. MORSE CSA
Telephone No.: (208) 334-1211

U.S. COURTS
JUL 13 2022
Rcvd___Filed___Time___
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO