IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA | Case No.: 1:22-cr-00149-BLW |
|---|---|
| vs. | **AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS** |
| TYLER JAY WATSON | |

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(✓) ad Prosequendum () ad Testificandum

Name of Detainee: Tyler Jay Watson, Inmate No. 69003

Custodian: Idaho Commission of Pardons and Parole c/o Idaho State Correctional Institution, Unit 15
City: Boise   State: Idaho

Detainee is: (✓) charged in this District by Indictment
or
() is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: September 19, 2022 at 11:30 a.m. in Courtroom 7 at the Federal Courthouse in Boise, Idaho.

Before: The Honorable Raymond E. Patricco, Chief U.S. Magistrate Judge
(Judicial Officer)

Dated: September 6, 2022

*/s/ David J. Morse*
DAVID J. MORSE
Assistant United States Attorney

Writ of Habeas Corpus

(✓) ad Prosequendum () ad Testificandum

The application is GRANTED and the above-named custodian, as well as the United States Marshal Service for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause. At the conclusion of these proceedings, the United States Marshal Service shall return the detainee to the above-named custodian.

Dated: September 7, 2022

THE HONORABLE RAYMOND E. PATRICCO
Chief U.S. Magistrate Judge