EXHIBIT A

Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 806-9663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant Watson

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, Plaintiff, v. TYLER JAY WATSON, Defendants. | Case No. 1:22-cr-00149-BLW <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SUPPRESS** |
|---|---|

I, Craig H. Durham, declare under penalty of perjury that the following is true and correct.

1. I am over the age of 18 and competent to testify.

2. I am Tyler Watson's appointed counsel.

3. With this declaration I am submitting true and correct copies of items that I have received from the Government in discovery.

4. Exhibit B is Tyler Watson's Idaho Department of Correction Agreement of Supervision.

5. Exhibit C is the Idaho Commission of Pardons and Parole's order granting Tyler Watson parole and imposing conditions.

6. Exhibit D is Officer Jared Scott's Narrative Report.

7. Exhibit E is Detective Michael Coronado's Report of Investigation.

8. Exhibit F is the Declaration of Tyler Watson.

9. Exhibit G, submitted separately in hard copy on a disc, is Officer Jared Scott's car cam recording.

10. Exhibit H, submitted separately in hard copy on a disc, is Officer Jared Scott's body cam recording.

11. Exhibit I, submitted separately in hard copy on a disc, is a video recording of the June 7, 2022 police station interrogation of Tyler Watson.

12. Exhibits J-1, J-2, and J-3, submitted separately in hard copy on a disc, are from Detective Coronado's audio recordings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of March, 2023

/s/Craig H. Durham.