## Narrative

```
601   Nampa Police Department
Report Narrative
_____
_____

Report Number: N22-33299
Incident: Drug Offense
Date: 06/07/2022
Officers: J Scott
Related Report Number:
Route to: CCPA

Video:        Yes_x__   No___     Location Stored: Availweb
Audio:        Yes___    No_x__    Location Stored:
Photos:       Yes___    No_x__    Location Stored:
Dispatch 911/Audio: Yes___  No_x__  Requested___  Location Stored:
Business Video:     Yes___  No_x__  Requested___  Location Stored:
NPD Restitution:    Yes___  No_x__  Item/Unit # Damaged:
_____
```

On 06/07/2022, at approximately 1235 hours, I was advised by Det. Sgt. Huston of a maroon 2009 Toyota Scion passenger car baring Idaho License Plate 2CJ361P, which failed to use it's turn signal turning north bound on N. Midland Blvd. from W. Comstock Ave. I was able to locate the vehicle and conduct a traffic stop which yielded at W. Flamingo Ave. and N. Bonneville St.

I made contact with the driver, who identified himself by his Idaho Driver's License as Tyler Watson DOB 03/15/1984. I collected his information and returned to my patrol vehicle. I was advised by Det. Sgt. Huston that Probation and Parole would like Tyler detained and a search conducted of his vehicle.

I returned the vehicle where I asked Tyler to turn the vehicle off and exit the vehicle. I conducted a search of Tyler's person and took him into custody, placing him in handcuffs, checking them for tightness, and double locking them. I helped Tyler into the back of my patrol vehicle before beginning a search of his vehicle. Upon searching, I found a bag containing several syringes, all empty. In the center console of the vehicle, I found two large stacks of dollar bills of varying value. In the wallet found on the passenger seat, I found two more large amounts of dollar bills of varying value. I later found two black boxes underneath the vehicle, near the driver's door, attached to the vehicle with magnets. I opened the first one and observed a plastic bag containing a white powder substance. Also inside the box, was a plastic bag containing a large amount of small, blue, circular pills, which according to my training and experience I recognized as Fentanyl pills. Upon opening the second box, I observed multiple smaller plastic bags containing the same white powder substance. I recognized the smaller plastic bags as being commonly used to deliver controlled substances. I turned all evidence over to Det. Sgt. Huston.

I transported Tyler to 1114 Adams St. where a search of his residence was conducted by Probation and Parole. I then transported Tyler to 5111 Nez Perce Rd. Caldwell, ID to his grandmother's house where another search was conducted.

I transported Tyler to the Nampa Police Department for an interview. During the interview, Tyler admitted to Det. Coronado that the white powder substance and the blue pills found in the vehicle were Fentanyl. Tyler was later transported to the Canyon County Detention Center, where he was booked in on his charges.

```
I took no further action on this call.
```

_____

Responsible LEO:

_____

Approved by:

_____

Date