# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: Michael F Coronado, TFO  At: BOISE, ID DISTRICT OFFICE (ASAC #6) (DIVISION 60) | ☐ ☐ ☐ ☐ ☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared  06-22-2022 | |
| 9. Other Officers: | | | |
| 10. Report Re: Arrest of Tyler WATSON | | | |

**DETAILS**

On 06-07-2022 at approximately 1235 hours Nampa Police Department (NPD) Special Investigations Unit (SIU) established surveillance at WATSON's known residence of 1115 N Adams St., Nampa, Canyon County, Idaho. Shortly after, WATSON was identified leaving the residence in a maroon 2009 Toyota Scion with Idaho license plates 2CJ361P. NPD Ofc. Scott conducted a traffic stop on WATSON for failing to use a turn signal (Ref. NPD Report N22-33299). Following the traffic stop, Probation and Parole (P&P) Officer Landers and Officer Nicholas were informed, at which point they requested assistance in searching the vehicle.

Officers searching the vehicle located what appeared to be fentanyl drugs in magnetic boxes under the vehicle. Probation and Parole requested Ofc. Scott transported WATSON back to his residence where NPD and P&P conducted a compliance check in the residence.

At approximately the same time, TFO Coronado, SA Ferguson and Intelligence Analyst Shelly Hall arrived on scene, where WATSON was sitting in the back of a patrol vehicle. TFO Coronado spoke to WATSON and read WATSON his Miranda Rights directly from a Miranda Warnings card. WATSON stated he understood and wanted to speak with TFO Coronado. TFO Coronado explained that he was aware that WATSON had more drugs hidden at his grandmothers residence at ▓▓▓▓▓▓▓▓▓▓▓▓ Caldwell, Canyon County, Idaho. WATSON agreed to cooperate with law enforcement and advised that he would show them were he had the drugs hidden at his grandmothers residence.

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  /s/ Michael F Coronado, TFO | 13. Date  06-27-2022 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ John E Aldine, GS | 15. Date  06-28-2022 |

DEA Form - 6  
(Jul. 1996)

**DEA SENSITIVE**  
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

WATSON_000054

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No.<br>███████ | 2. G-DEP Identifier<br>███ |
|---|---|---|
| | 3. File Title<br>███ ███ ███ | |
| 4. Page 2 of 2 | | |
| 5. Program Code<br>███ | 6. Date Prepared<br>06-22-2022 | |

Officer Scott transported WATSON to the ███████ address and walked him to the residence. WATSON told TFO Coronado that all the drugs and money was hidden in the detached garage. TFO Coronado spoke with WATSON's grandmother, Alva Bequeath, and explained why law enforcement was at her residence. TFO Coronado explained that WATSON had some items that were illegal at in her garage and asked if law enforcement had permission to recover those items. Alva provided the key to the garage to TFO Coronado. TFO Coronado unlocked the garage and walked in with WATSON. WATSON directed TFO Coronado to a storage closet in the garage and said everything would be in there. TFO Coronado opened the closet and WATSON pointed out the exact locations for the drugs and money and here they would be found. SIU conducted a search of the garage and located a large quantity of fentanyl powder, fentanyl pills, methamphetamine and money. In the garage, near the closet, Det. Bonner located several items of indicia belonging to WATSON. WATSON agreed to go back to the Nampa Police Department to be interviewed (refer to the interview report for details).

After the interview, WATSON was booked in to the Canyon County Jail on felony possession of controlled substance and a probation violation hold.

TFO Coronado attached three Probation and Parole reports along with the P&P contract for WATSON.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

WATSON_000055

# -Idaho Department of Correction, District 3 Probation & Parole-
## SUPPLEMENTAL REPORT

| 1. Incident/Topic: Drug Investigation | 2. Subject/Victim's Name: Watson, Tyler Jay | 3. RD | 4. DR No : N22-33318 |
|---|---|---|---|
| Address: 1115 N Adams St Nampa, Id & [redacted] Caldwell, Id | | 6. Phone | 7. Page: 1 |
| 8. Date Occurred 6/7/22 | 9. Time Occurred 1235 | 10. Route To | 12. Division |

On 6/7/2022 at approximately 1235 hrs. while assisting in a continued drug investigation I, Probation/Parole Officer Craig (Steve) Landers was notified that Tyler Watson IDOC #69003 was currently stopped for a traffic violation by Nampa Police Officer Scott #605 and Tregellas #333. I requested that he be removed from the vehicle, detained, and a search of his person and vehicle by the Nampa Officers per the 4th Amendment waiver in his current parole conditions, and that I was in route to assist. I also requested Sgt Huston of the Nampa Police Department assist in the search. I arrived on scene and spoke to Mr. Watson. He was detained per my request and sitting in the back seat of Officer Scott's patrol vehicle. I explained that I requested the search. I also let him know that his Parole Officer, PO Chance Nicholas was also on his way to the scene. I then assisted Officer Scott and Sgt. Huston with the search of the vehicle. I searched the truck area of the vehicle which was clear of any illegal items or items that would violate his parole. Other officers located illegal narcotics inside the vehicle. PO Nicholas arrived on scene, he and I spoke about what was found and it was decided to transport Watson to his listed address at 1115 N Adams St Nampa, Idaho to search his residence per his 4th Amendment waiver in his parole agreement and search his residence.

I searched the small area of his belongings and the couch area where he slept and nothing illegal or violation of his parole were located.

While I searched the residence, Detective Coronado spoke to Watson while he was in the patrol vehicle and he admitted that there was illegal narcotics at his grandmother's house (garage area) located at [redacted] Caldwell, Idaho. We cleared the Nampa address and proceeded to the Caldwell address. PO Nicholas made contact with Watson's grandmother, and she gave consent for us to search the area Watson described (garage area) that the illegal narcotics were hidden.

A larger quantity of illegal narcotics, some cash, and paraphernalia were located in the garage area.

_____  6/9/22
Craig (Steve) Landers Jr              Date
Senior Probation and Parole Officer

# -Idaho Department of Correction, District 3 Probation & Parole-
## SUPPLEMENTAL REPORT

| 1. Incident/Topic: **Traffic Stop** | 2. Subject/Victim's Name: **Watson, Tyler Jay** | 3. RD | 4. DR No: N22-33299 |
|---|---|---|---|
| Address: Flamingo Rd Nampa, Idaho | | 6. Phone | 7. Page: 1 |
| 8. Date Occurred 6/7/22 | 9. Time Occurred 1235 | 10. Route To | 12. Division |

On 6/7/2022 at approximately 1230 hrs. I, Probation/Parole Officer Craig (Steve) Landers was notified that Tyler Watson IDOC #69003 was currently stopped for a traffic violation by Nampa Police Officer Scott and Tregellas. I requested that he be removed from the vehicle, detained, and a search of his person and vehicle by the Nampa Officers per the 4th Amendment waiver in his current parole conditions, and that I was in route to assist. I also requested Sgt Huston of the Nampa Police Department assist in the search. I arrived on scene and spoke to Mr. Watson. He was detained per my request and sitting in the back seat of Officer Scott's patrol vehicle. I explained that I requested the search. I also let him know that his Parole Officer, PO Chance Nicholas was also on his way to the scene. I then assisted Officer Scott and Sgt. Huston with the search of the vehicle. I searched the truck area of the vehicle which was clear of any illegal items or items that would violate his parole. Other officers located illegal narcotics inside the vehicle. PO Nicholas arrived on scene, he and I spoke about what was found and it was decided to transport Watson to his listed address at 1115 N Adams St Nampa, Idaho to search his residence per his 4th Amendment waiver in his parole agreement and search his residence.

I searched the small area of his belongings and the couch area where he slept and nothing illegal or violation of his parole were located.

_[signature]_                                                          6/9/22

Craig (Steve) Landers Jr                                               Date
Senior Probation and Parole Officer

WATSON_000058

# -Idaho Department Of Correction, District 3 Probation & Parole-
## SUPPLEMENTAL REPORT

| 1. Incident/Topic: Possession of a Controlled Substance (F) | 2. Subject/Victim's Name: Tyler Watson (DOB 03/15/1984) | 3. RD | 4. DR No : N22-33318 |
|---|---|---|---|
| Address: 5111 Nez Perce Rd, Caldwell, ID 83607 | | 6. Phone | 7. Page: 1 |
| 8. Date Occurred June 7th, 2022 | 9. Time Occurred 1236 | 10. Route To Nampa Police Records | 12. Division Felony Probation and Parole |

On June 7th, 2022 at 1236, I, Senior Probation and Parole Officer C. Nicholas received a text message from Senior Probation and Parole Officer S. Landers that Tyler Watson (DOB 03/15/1984) was pulled over on a traffic stop from Nampa PD. Tyler Watson is on felony parole under the jurisdiction of the Idaho Department of Correction. I headed out to meet with Officer Landers at the traffic stop.

Upon arrival at the traffic stop on Flamingo St, Nampa, ID, the vehicle was searched and according to Officer Landers, they located a large roll of cash (amount unknown), and 2 magnetic boxes attached to the under carriage of the vehicle that contained illegal drugs (small blue pills of suspected fentanyl, small baggies of a white powdery substance suspected fentanyl and a small amount of crystalline substance, suspected methamphetamine). I was able to speak with Mr. Watson, who was detained and in a Nampa Police patrol vehicle and obtained his cellphone. Mr. Watson provided me his passcode for the phone (1922). It was at this point that it was decided we head out to 1115 Adams St, Nampa, ID 83687, Mr. Watson's listed address. Upon arrival at the address, I spoke with Mr. Watson's mother and NPD and DEA responded to the house. Officer Landers searched the common area that Mr. Watson was residing (the couch in the living room). There was nothing of criminal or of parole violations found. I stated with Officer Landers that I would be heading to the District 3 Probation and Parole office and if they decide to search his grandmother's house (previous address Tyler Watson was residing) I would meet them there.

While en route to the office, Officer Landers called and notified me that Mr. Watson admitted to there being more fentanyl and cash hidden in his grandmother's house. I stated with Officer Landers that I would be en route.

Upon arrival at the grandmother's address at ███████████████ Caldwell, ID 83607, I knocked on the door and Mr. Watson's grandmother answered the door. I asked the grandmother if we can search for Mr. Watson's belongings and I stated he left a "few things" at the house. The grandmother asked what few things and I stated "bricks" "stuff". The grandmother stated she didn't have any issue and consented for us to search. According to investigators, Mr. Watson stated he had the fentanyl and cash hidden in the garage of his grandmother's house. The grandmother provided us with keys to open the

WATSON_000059

garage door. Upon entering the garage door, Mr. Watson pointed out where the fentanyl and the cash were inside the garage. Mr. Watson pointed to a closet that was inside the garage. And inside the closet, Mr. Watson pointed out different boxes that had suspected fentanyl and cash. Multiple bags that was suspected fentanyl were located where Mr. Watson stated they would be located, including cash. According to the DEA, they would be forwarding the case to a grand jury for a federal indictment. Nampa PD transported Tyler to the Nampa PD station for further questioning.

Officer Landers later called and notified me that they located approximately 6 Kilos of Fentanyl and large rolls of cash (amount unknown). This ended my involvement with the investigation.

Please see attached Parole Agreement and Agreement of Supervision.

_____    June 8th, 2022
Chance Nicholas                                Date
Senior Probation and Parole Officer