Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-2617
Facsimile: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant Watson

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>TYLER JAY WATSON,<br>　　　　　Defendant. | Case No. 1:22-cr-00149-BLW<br><br>**DECLARATION OF TYLER WATSON** |

I, Tyler Jay Watson, declare under penalty of perjury as follows.

1. I am the defendant in this matter.

2. My grandmother is Alva Bequeath. She lives in a home at 5111 Nez Perce Rd, Caldwell, Idaho,

1

3. I have lived at the house at 5111 Nez Perce Road off-and-on for most of my life.

4. For a lengthy period in my childhood, I lived with my grandmother and grandfather at that house.

5. I have also lived there as my primary residence as recently as about eight to ten months before I was arrested in this case.

6. I still have a bedroom in the house. I have the keys to the home. I come and go freely, and I have access to all parts of the house.

7. At one point, my grandmother even deeded the home to me as an advance to avoid probate when she died. I was its sole owner for a time. For tax reasons, I deeded it back to her. The utility bills were in my name at one time and may still be.

8. The storage area in the garage where the contraband was found in this case is where I stored most of my personal property. Between my grandmother and me, it was considered to be my space. I have a key to the storage.

9. I would check in on my grandmother almost daily. I would use the garage and storage area almost daily. I have an expectation of privacy in the house, garage, and particularly the storage space.

EXECUTED on this 1st day of March, 2023

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

_____
Tyler Jay Watson