Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 806-9663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant Watson

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>TYLER JAY WATSON,<br><br>            Defendants. | Case No. 1:22-cr-00149-BLW<br><br>**STIPULATION ON SUPPRESSION HEARING EXHIBITS** |

Tyler Watson, through his counsel, and the United States, through its counsel, stipulate that the exhibits have been previously lodged in support of Watson's motion to suppress (Dkt. 22) and the Government's response to the motion (Dkts. 31, 32), and as expressly listed below, are admissible for the Court's consideration for purposes of

the September 6, 2023 suppression hearing.

The exhibits include:

| | |
|---|---|
| Def. Ex. B | Tyler Watson's Idaho Department of Correction Agreement of Supervision (Dkt. 22-3) |
| Def. Ex. C | The Idaho Commission of Pardons and Parole's order granting Tyler Watson parole. (Dkt. 22-4) |
| Def. Ex. D | Officer Jared Scott's Narrative Report (Dkt. 22-5) |
| Def. Ex. E | Detective Michael Coronado's Report (with attached reports from Officer Landers and Officer Nicholas) (Dkt. 22-6) |
| Def. Ex. F | Declaration of Tyler Watson (Dkt. 22-7) |
| Def. Ex. G | Officer Jared Scott's car cam recording (lodged in hard copy with the clerk at Dkt. 22) |
| Def. Ex. H | Officer Jared Scott's body cam recording (lodged in hard copy) |
| Def. Ex. I | Video recording of Tyler Watson's June 7, 2022 police station interview (lodged in hard copy) |
| Def. Ex. J-1 | Detective Coronado audio recording (lodged in hard copy) |
| Def. Ex. J-2 | Detective Coronado audio recording (lodged in hard copy) |
| Def. Ex. J-3 | Detective Coronado audio recording (lodged in hard copy) |
| Govt. Ex. 1 | Application to Intercept Wire and Electronic Communications (Dkt. 32) |
| Govt. Ex. 2 | June 1, 2022 Search Warrant and materials (Dkt. 31-1) |
| Govt. Ex. 3 | Email regarding Detective Coronado's *Miranda* card (Dkt. 31-2) |
| Govt. Ex. 4 | Idaho State Police drug analysis (Dkt. 31-3) |
| Govt. Ex. 5 | Idaho State Police drug analysis (Dkt. 31-4) |

Respectfully submitted on this 7th day of September, 2023.

/s/Craig H. Durham                                  /s/David Morse
Craig H. Durham                                     David Morse
Attorney for Defendant                              Assistant United States Attorney
                                                    Attorney for the United States