Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-2617
Facsimile: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant Watson

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TYLER JAY WATSON,<br><br>　　　　　Defendant. | Case No. 1:22-cr-00149-BLW<br><br>**MOTION TO VACATE AND RESET TRIAL READINESS CONFERENCE AND JURY TRIAL** |

Defendant Tyler Watson moves the Court to vacate the current trial readiness and trial dates and to reset them for at least 45 days from their current settings. The government is not opposed to this request.

1

This motion is brought under the Sixth Amendment and is supported by the records and files in this case and attached declaration of counsel.

/s/ Craig H. Durham  
Attorney for Mr. Watson