Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-2617
Facsimile: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant Watson

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>TYLER JAY WATSON,<br><br>         Defendant. | Case No. 1:22-cr-00149-BLW<br><br>**DECLARATION OF COUNSEL** |

I, Craig H. Durham, declare under penalty of perjury that the following is true and correct.

1. I am Tyler Watson's attorney and am competent to testify.

2. The trial in this case is currently set to begin October 16, 2023.

1

3.      A suppression hearing was held on September 6. The Court took the matter under advisement.

4.      Mr. Watson's counsel needs addition time for effective trial preparation in the event that the Court denies the suppression motion. This includes time for him to complete his independent investigation, contact and prepare witnesses, consider in limine issues, and conduct necessary legal research.

5.      Though counsel is diligently working on those tasks, he still needs additional time to comply with his duty to represent Mr. Watson effectively under the Sixth Amendment. The failure to grant this request would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.      Mr. Watson understands that his request for more time to prepare is excludable time under the Speedy Trial Act.

7.      Finally, this case involves a significant quantity of controlled substances, which corresponds to a potentially lengthy range under the Sentencing Guidelines. The short delay requested here does not prejudice any party and is reasonable considering the lengthy sentence that Mr. Watson might face.

8.      Counsel for the Government is not opposed.

9.      This motion is not brought simply for delay.

EXECUTED on this 4th day of October, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Craig H. Durham